**WESTSTAR REVIVOR, INC. (formerly known as Weststar, Inc.),**
Appellant,

v.

**Donald C. WINTER, Secretary of the Navy, Appellee.**

No. 2006–1608.

United States Court of Appeals, Federal Circuit.

July 16, 2007.

Clinton D. Hubbard, Law Offices of Clinton D. Hubbard, of San Diego, CA, argued for appellant.

Tara J. Kilfoyle, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With her on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director. Of counsel was Anuj Vohra, Trial Attorney.

Before MAYER and LINN, Circuit Judges and ROBERTSON, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

---

* Honorable James Robertson, District Judge, United States District Court of the District of Columbia, sitting by designation.

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.